UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

THEODORE BELL,

      Petitioner,

v.                                   Case No. 2:11-cv-14604

STEVEN RIVARD,

      Respondent.
_____/

**JUDGMENT**

In accordance with the November 2, 2020 Opinion and Order issued in this case,

IT IS ORDERED AND ADJUDGED Judgment is entered against Petitioner Theodore Bell and for Respondent Steven Rivard.  Dated at Detroit, Michigan, this 2nd day of November, 2020.

                                        DAVID J. WEAVER
                                        CLERK OF THE COURT

           BY:    _s.Lisa Wagner
                     Deputy Clerk
                     and Case Manager to
                     Judge Robert H. Cleland